UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| REGIONS BANK, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 4:07-cv-46 |
| v. ) | Judge Mattice |
| ) | |
| RON VANNATTA, ) | |
| ) | |
| *Defendant.* ) | |

## ORDER

United States Magistrate Judge Susan K. Lee filed her report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). [Court Doc. No. 28.] Neither party filed objections within the given 10 days.

After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

Accordingly, the Court **ORDERS** that the motion [Court Doc. No. 29] is **GRANTED**. Plaintiff is **AWARDED** attorneys' fees in the amount of $24,398.00.

SO ORDERED this 11th day of September, 2008.

                                               */s/Harry S. Mattice, Jr.*
                                               HARRY S. MATTICE, JR.
                                               UNITED STATES DISTRICT JUDGE